Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, NJ 08540
Tel: 609.919.6600
Fax: 609.919.6701
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW
A Pennsylvania Limited Liability Partnership

ROBERT A. WHITE
Partner-in-Charge

**Valerie E. Manos**
Associate
609.919.6656
eFax: 609-919-6701
vmanos@morganlewis.com

September 7, 2010

**VIA ELECTRONIC CASE FILING (ECF)**

Honorable Jose L. Linares, U.S.D.J.
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street, Room 5D
Newark, NJ 07101

Re:  Mitchell v. C&S Wholesale Grocers, Inc., Woodbridge Logistics, LLC, et al.
     Civil Action No.: 2:10-cv-02354-JLL-CCC

Dear Judge Linares:

We represent Defendant C&S Wholesale Grocers, Inc. and Woodbridge Logistics, LLC (collectively, "C&S") in the above-referenced matter. We are please to report that the parties have settled this matter in principle, subject to execution of a written settlement agreement. The parties expect to file a stipulation of dismissal with prejudice in the very near future.

Respectfully,

*/s/ Valerie E. Manos/*

Valerie E. Manos, Esq.

VEM: bmd

cc:  Ty Hyderally, Esq.
     Richard G. Rosenblatt, Esq.